■ In the Matter of the Arbitration between OTTO DIETZ and SLATEX, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before November 5, 1959, with notice of argument for November 17, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.